FILED
January 08, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002336745

C. Anthony Hughes SBN: 250998
1540 Jefferson Blvd.
West Sacramento, CA 95691
Ph:  916.440.6666
Fax: 916.254.6666
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br>**JAI SINGH**<br><br>Debtor | Case No. 09-29581-B-13J<br>Chapter 13<br>Docket Control No.:  CAH-004<br><br>Judge: Thomas C. Holman<br>Date:  02/09/2010<br>Time:  09:32AM<br>Place:  501 I Street, 6th Floor<br>         Sacramento, CA 95814<br>          Department B– Courtroom 32<br>Trustee: Jan P. Johnson<br><br>**MOTION FOR AN ORDER ALLOWING DEBTOR TO SELL REAL PROPERTY AT 1673 GRANT CT, WEST SACRAMENTO, CA 95691** |

The Debtor moves, by and through his attorney C. Anthony Hughes, the court for an order allowing the Debtor to sell the real property 1673 GRANT CT, WEST SACRAMENTO, CA 95691.

Debtor would like to reduce his liabilities after his income has been reduced post-confirmation because of the theft of a vehicle he uses for business.

The terms of the proposed sale are as follows:
1. The prospective buyer is CHANDAR SEN. The buyer is bona fide buyer and is not a party of interest. The purchase agreement is attached as Exhibit A.

In re: SINGH
09-29581

2. The buyer has made an offer to buy the property at $253,000.00 which is a fair market value for the subject property. See attached purchase agreement.
3. INDYMAC BANK has a claim of $413,673.00 on this property.
4. The Debtor would like to short-sell the subject property to reduce the liability.
5. All debts owed to creditors with liens and security interests encumbering the property will be satisfied before or simultaneously with the transfer of title or possession to the buyer and such debts shall be paid in accordance with the sales contract.
6. Debtor will not receive any proceeds from the sale.
7. Debtor will not relinquish title to or possession of the property prior to payment in full of the purchase price.
8. Any costs of the sale will be paid in full from the sale proceeds and escrow shall not close without all liens and encumbrances being paid in full.
9. Net proceeds if any is left over are to be submitted to the Trustee for the benefit of general unsecured creditors.
10. The sale of the property shall not affect the ability of the Debtor to continue the (modified) Plan or to repay creditors.
11. The Trustee must approve the Title Company to be used in connection with the sale.

WHEREFORE, Debtor respectfully requests an order granting this application to sell the property.

Respectfully submitted,

Dated: 01/06/10     /s/ C. Anthony Hughes

C. Anthony Hughes